# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Wanda R. Clemons

                Plaintiff,

V.

Carolyn W. Colvin

                Defendant.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number: 2:15-cv-00389-APG-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Plaintiff Wanda R. Clemons' attorneys Rohlfing & Kalagian, LLP are awarded attorney's fees pursuant to 28 U.S.C. § 2142(d)(1)(A) in the amount of $5,039.98.

April 4, 2017                             /s/ Debra K. Kempi

Date                                             Clerk

                                                       /s/ S. Denson

                                                     (By) Deputy Clerk